Entered: October 17th, 2018
Signed: October 16th, 2018

**SO ORDERED**

NO TIMELY OPPOSITION FILED.



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| IN RE:<br>CHRISTINA MICHELLE LESSELS A/K/A<br>CHRISTINA MICHELLE KANE A/K/A<br>CHRISTINA MICHELLE SIDES<br>    Debtor | BCN#: 18-21748<br><br>Chapter: 7 |

FEDERAL HOME LOAN MORTGAGE
CORPORATION, AS TRUSTEE FOR
FREDDIE MAC SEASONED CREDIT RISK
TRANSFER TRUST, SERIES 2017-2, AS
OWNER OF THE RELATED MORTGAGE
LOAN
and its assignees and/or
successors in interest,
    Movant/Secured Creditor,
v.
CHRISTINA MICHELLE LESSELS AKA
CHRISTINA MICHELLE KANE AKA
CHRISTINA MICHELLE SIDES
    Debtor
and
Monique D. Almy, Crowell & Moring
    Trustee
    Respondents

ORDER LIFTING
AUTOMATIC STAY

THE COURT having considered the Motion of Federal Home Loan Mortgage

Corporation, as trustee for Freddie Mac Seasoned Credit Risk Transfer Trust, Series

S&B# 18-276409

2017-2,as owner of the Related Mortgage Loan for Relief from the Automatic Stay of 11 U.S.C. § 362 (a), the lack of opposition thereto and the record herein;

IT IS ORDERED, that the automatic stay imposed by 11 U.S.C. §362(a) be lifted, as to Federal Home Loan Mortgage Corporation, as trustee for Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2017-2,as owner of the Related Mortgage Loan, holder of a certain promissory note evidencing an indebtedness established by the lien of a Deed of Trust, so as to enable it to exercise its rights under state law as to a property with the address of 1100 Lapidum Road, Havre De Grace, MD 21078, and recorded among the Land Records of the County of Harford, Maryland in Book 7001 at Page 0231.  Subsequent to such sale, the Movant may take all lawful actions in accordance with state law, to take possession of the property, and shall provide a copy of the Report of Sale and all Audit Reports to the Bankruptcy Trustee if there is a surplus over and above the debt owed to the foreclosing noteholder.

I ask for this:

/s/ Renee Dyson
William M. Savage, Esquire
Federal I.D. Bar No. 06335
Kristine D. Brown, Esquire
Federal I.D. Bar No. 14961
Thomas J. Gartner, Esquire
Federal I.D. Bar No. 18808
Gregory N. Britto, Esquire
Federal I.D. Bar No. 22531
Renee Dyson, Esquire
Federal I.D. Bar No. 15955
Malcolm B. Savage, III, Esquire
Federal I.D. Bar No. 20300

S&B# 18-276409

Copies are to be sent to:

1. SHAPIRO & BROWN, LLP
   10021 BALLS FORD ROAD, SUITE 200
   MANASSAS, VA 20109

2. Christina Michelle Lessels a/k/a Christina Michelle Kane
   a/k/a Christina Michelle Sides
   106 Bayland Drive #16                                          Debtor(s)
   Havre De Grace, MD 21078

3. Monique D. Almy
   Crowell & Moring
   1001 Pennsylvania Avenue, N.W.
   10th Floor
   Washington, DC 20004-2595                                      Trustee

4. WILBUR W. BOLTON, III
   102 S. PARKE STREET                                            Debtor's
   ABERDEEN, MD 21001                                             Attorney

**END OF ORDER**

S&B# 18-276409